UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**MARIE CARMEL LEROY-DESIR**

    Plaintiff,

v.                                                                  CASE NO.: 9:21-cv-081292

**GENESIS ELDERCARE REHABILITATION
SERVICES, LLC**, a foreign limited liability
company,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant GENESIS ELDERCARE REHABILITATION SERVICES, LLC (hereinafter "Defendant"), by and through its undersigned counsel, hereby gives notice of removal of the case styled *Marie Carmel Leroy-Desir v. Genesis Eldercare Rehabilitation Services*, Case No. 50-2021-CA-007701-XXXX-MBAB, currently pending in the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida (the "State Court Action"), to the United States District Court for the Southern District of Florida, West Palm Beach Division. As grounds, Defendant states as follows:

1. On or about June 22, 2021, Marie Carmel Leroy-Desir ("Plaintiff") filed her Complaint with the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, initiating the State Court Action. The Summons and Complaint were served upon Defendant on June 24, 2021. Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all processes, pleadings, motions and orders on file with the State Court Action is attached hereto as **Exhibit "A"**.

2. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty days after receipt of a copy of Plaintiff's initial pleading.

3. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Southern District of Florida, West Palm Beach Division, is the district and division within which the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, is located.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.  *See* **Exhibit "B"**.

## I. FEDERAL QUESTION.

5. This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §1331, and therefore, this action is properly removable under 28 U.S.C. 1441(a).

6. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

7. In Counts III and IV of her four-count Complaint, Plaintiff has alleged discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et. seq*. Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §§ 1331 and 1367, and the case is properly removable under 28 U.S.C. § 1441(b).

8. The remaining race/national origin discrimination and retaliation claims asserted in Plaintiff's Complaint under the Florida Civil Rights Act of 1992 arise out of the same case or controversy as the federal claims and therefore, fall within this Court's supplemental jurisdiction. *See* **Exhibit A**; 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related. . . that they form part of the same case or controversy under Article III of the United States Constitution."); *see also* 28 U.S.C. § 1441(c) (providing for removal of entire case).

**WHEREFORE,** Defendant GENESIS ELDERCARE REHABILITATION SERVICES, LLC respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Marie Carmel Leroy-Desir v. Genesis Eldercare Rehabilitation Services*, Case No. 50-2021-CA-007701-XXXX-MBAB, from the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division.

Dated: July 26, 2021.                              Respectfully submitted,

*/s/ Karen M. Morinelli*
Karen M. Morinelli
Florida Bar No.: 818275
Sara G. Sanfilippo
Florida Bar No.: 113399
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
Email: karen.morinelli@ogletree.com
Email: sara.sanfilippo@ogletree.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 26, 2021, I filed the foregoing with the Court using the CM/ECF System, which will send an electronic copy to all counsel of record.

                                            */s/ Karen Morinelli*
                                            Attorney

47857408.1